1  ELIZABETH A. STRANGE
   First Assistant U.S. Attorney
2  District of Arizona
   REESE V. BOSTWICK
3  Assistant U.S. Attorney
   Arizona State Bar No. 009934
4  405 West Congress, Suite 4800
   Tucson, Arizona  85701-5040
5  Telephone: (520) 620-7300
   E-mail: reese.bostwick@usdoj.gov
6  Attorneys for Plaintiff
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

10 United States of America,              CV _____

11              Plaintiff,
                                          COMPLAINT FOR FORFEITURE
12      v.                                        IN REM

13 2011 Jeep Grand Cherokee SUV,
   VIN: 1J4RR6GT1BC636759,
14              Defendant.

15      COMES NOW the United States of America, by and through its undersigned

16 counsel, in the civil cause of forfeiture and alleges on information and belief:

17      1.   That this is a civil action in rem brought to enforce the provisions of Title 21,

18 United States Code, Section 881(a)(4) for the forfeiture of  defendant, 2011 Jeep Grand

19 Cherokee Sports Utility Vehicle, VIN: 1J4RR6GT1BC636759 ("Defendant Vehicle"),

20 which was used or was intended for use to transport or facilitate the transportation, sale,

21 receipt, possession, or concealment of narcotics.

22      2.   That this Court has jurisdiction over an action commenced by the United States

23 pursuant to Title 28, United States Code, Sections 1345 and 1355(a).

24      3.   That this Court has in rem jurisdiction pursuant to Title 28, United States Code,

25 Section 1355(b).

26      4.   Venue is proper in this district pursuant to Title 28, United States Code,

27 Section 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in

28 this district, and pursuant to Title 28, United States Code, Section 1395 because the

1   property is located in this district.

2        5.   That the Defendant Vehicle was used or intended to be used to facilitate

3   controlled substance violations of Title 21, United States Code, Sections 841(a)(1) and 846

4   as appears in the attached affidavit of Special Agent Joseph J. Ramos of the United States

5   Homeland Security Investigations, attached hereto and is, therefore, subject to forfeiture

6   to the United States as alleged in paragraph one.

7        6.   That the Defendant Vehicle was seized in Tucson, Arizona, and is presently

8   within the jurisdiction of this Court and will remain therein throughout the course of these

9   proceedings.

10        7.   That claimant, BRENDA GARFIO ROBLES, filed a verified claim regarding

11   the Defendant Vehicle.

12        WHEREFORE, plaintiff prays that due process issue to enforce the forfeiture of

13   the defendant vehicle; that due notice be given to all parties to appear and show cause why

14   the forfeiture should not be decreed; and prays that the defendant vehicle be condemned

15   and forfeited to the United States of America, and delivered to the custody of the United

16   States Marshals Service for disposition according to law; and that the United States of

17   America be granted such other relief as this Court may deem just and proper, together with

18   the costs and disbursements of this action.

19        Respectfully submitted this 2nd day of August, 2018.

20                                   ELIZABETH A. STRANGE
                                  First Assistant United States Attorney
21                                   District of Arizona

22

23                                   _____

24                                   REESE V. BOSTWICK
                                Assistant United States Attorney

25   Copy of the foregoing served electronically or

26   by other means this 2nd day of August, 2018 to:

27   Corey A. Simon, Esq.
    Attorney for Claimant

28

*United States of America v. 2011 Jeep Grand Cherokee*
*Complaint for Forfeiture In Rem – Page 2 of 3*

**VERIFICATION**

I, JOSEPH RAMOS, Special Agent for the Department of Homeland Security (DHS), United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), hereby verify and declare under penalty of perjury that I am a Special Agent currently assigned to the Border Enforcement Security Taskforce (BEST) in Tucson, Arizona; that I have read the foregoing Complaint for Forfeiture In Rem and know the contents thereof, and that the matters contained in the Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my own investigation of the case, together with others, as a Special Agent of the Department of Homeland Security.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of August, 2018.


_____
JOSEPH RAMOS
Special Agent
Department of Homeland Security

*United States of America v. 2011 Jeep Grand Cherokee*
*Complaint for Forfeiture In Rem – Page 3 of 3*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff (s):** **United States of America** | **Defendant (s): 2011 Jeep Grand Cherokee SUV** |
| County of Residence: Pima | County of Residence: Pima |
| County Where Claim For Relief Arose: Pima | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| | **Corey Alexander Roth Simon , Esq.** |
| | **Law Office of Corey A. Simon, PLLC** |
| | **55 W Franklin Street** |
| | **Tucson, Arizona  85701** |
| | **520-884-5105** |

II. Basis of Jurisdiction:     **1. U.S. Government Plaintiff**

III. Citizenship of Principal
Parties (Diversity Cases Only)
                    Plaintiff:- **N/A**
                    Defendant:- **N/A**

IV. Origin :                **1. Original Proceeding**

V. Nature of Suit:          **625 Drug Related Seizure of Property 21 USC 881**

VI. Cause of Action:        **Title 21, United States Code, Section 881 - Civil action in rem for forfeiture of defendant vehicle used in drug trafficking.**

VII. Requested in
Complaint
            Class Action: **No**
        Dollar Demand:
        Jury Demand: **No**

<u>VIII. This case</u> **IS RELATED** to Case Number **CR 17-02032-01 TUC RCC-EJM** assigned to Judge **Raner C. Collins.**

**Signature:  <u>Reese V. Bostwick, Assistant U.S. Attorney</u>**

    **Date:  <u>08/02/2018</u>**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**

AFFIDAVIT

I, Joseph Ramos, being duly sworn, depose and say:

1.     I am a Special Agent (SA) for the Department of Homeland Security (DHS), United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been so employed since December 2016.  I am currently assigned to the Border Enforcement Security Taskforce (BEST) at the Deputy Special Agent in Charge (DSAC) office in Tucson, Arizona (AZ).

2.     Prior to becoming a Special Agent with HSI, I was employed by the United States Border Patrol (USBP) for over seventeen (17) years as a Border Patrol Agent, Intelligence Agent and Supervisory Border Patrol Agent.  I have had the opportunity to conduct, coordinate, and participate in many investigations relating to the importation and transportation of controlled substances into the United States.

3.     I graduated from the Criminal Investigator Training Program and the HSI Special Agent Training Program, conducted at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, in 2017.  While at FLETC, I received specialized training to include but not be limited to the following areas: narcotics investigations, fraud investigations, cyber investigations, import/export investigations, child pornography investigations, immigration violations and investigations, firearms, defensive tactics, surveillance, and undercover operations.  I am a graduate of two (2) different law enforcement academies for a combined total of forty-eight (48) weeks of training.  I obtained an Associate's Degree in General Studies from Cochise College in Sierra Vista, AZ in 2013.

4.     As a Special Agent with HSI, I am responsible for investigating and enforcing violations of federal law, including the enforcement of violations of narcotics laws.

5.     This Affidavit is made in support of the forfeiture of a 2011 Jeep Grand Cherokee, Vehicle Identification Number: 1J4RR6GT1BC636759 (hereafter referred to as "Target Vehicle"), as it was used or was intended for use to transport or facilitate the transportation, sale, receipt, possession, or concealment of methamphetamine and cocaine, in violation of Title 21, United States Code, Sections 841 and 846, and as such is forfeitable pursuant to Title 21, United States Code, Section 881(a)(4).

1

6.      Your Affiant is the case agent of this investigation. Your Affiant has either personally interviewed those whose information is set forth herein, or reviewed reports of interviews or other investigative information prepared by those persons. As a result of your Affiant's personal participation in this investigation, review of reports, oral and written, made to your Affiant by other law enforcement agencies and others, your Affiant is familiar with the circumstances of the events and circumstances described in this Affidavit. As this Affidavit is submitted for a limited purpose, it does not contain all aspects of the investigation. The following are selected findings as a result of this investigation.

7.      On October 24, 2017, while conducting a criminal investigation into the suspected illegal activities of Manuel GARIBAY-Garcia, DOB: XX/XX/1983 (hereafter referred to as "GARIBAY-Garcia"), SAs learned that GARIBAY-Garcia entered the United States from Mexico through the Nogales, AZ Port of Entry (POE). SAs learned that GARIBAY-Garcia and his wife, Brenda GARFIO-Robles, DOB: XX/XX/1985 (hereafter referred to as "GARFIO-Robles") entered the United States in the Target Vehicle. SAs located the vehicle in the parking lot of the Walmart located at 1650 West Valencia Road in Tucson, AZ. SAs observed a Hispanic female, subsequently determined to be GARFIO-Robles sitting in the Target Vehicle with the windows rolled down. No other individuals were observed in the Target Vehicle.

8.      SAs then observed a burgundy Mercury Milan bearing Arizona Cardinals license plate FB03F8 (hereafter referred to as "Mercury Milan") arrive and park near the Target Vehicle. SAs observed GARIBAY-Garcia exit from the driver's seat of the Mercury Milan. SAs observed a Hispanic female approach the Mercury Milan and briefly speak to GARIBAY-Garcia prior to getting into the driver's seat. SAs observed GARIBAY-Garcia enter the driver's seat of the Target Vehicle; both vehicles then departed. SAs followed the Mercury Milan and the Target Vehicle as they departed from the Walmart parking lot. The Target Vehicle turned into a Quik Trip gas station located on South Calle Santa Cruz in Tucson, AZ. SAs ended surveillance of the Target Vehicle and followed the Mercury Milan until it exited the United States via the DeConcini POE in Nogales, AZ. The driver of the Mercury Milan was subsequently identified as Eben-Ezer AGUILAR, DOB: XX/XX/1996 (hereafter referred to as "E. AGUILAR"). SAs determined that the Target Vehicle exited the United States via the DeConcini POE approximately 15 minutes after the Mercury Milan. On this date, the Target Vehicle was inside the United States for approximately three (3) hours.

9.      Security camera footage from the Walmart parking lot was received and reviewed by SAs. The footage revealed that the Mercury Milan arrived at the Walmart at 5:53 a.m. The Target Vehicle arrived at 9:13 a.m. GARIBAY-Garcia exited the driver's

seat of the Target Vehicle and was seen walking towards the Mercury Milan. The Mercury Milan departed the parking lot at 9:14 a.m. The Mercury Milan returned to the Walmart parking lot at 10:12 a.m. and GARIBAY-Garcia was observed exiting the driver's seat. E. AGUILAR exited the store, walked towards the Mercury Milan and entered the driver's seat. GARIBAY-Garcia then walked towards the Target Vehicle and approached the driver's seat of the Target Vehicle. At 10:13 a.m. the Mercury Milan departed the Walmart parking lot. At 10:14 a.m. the Target Vehicle departed the Walmart parking lot.

10.    Law Enforcement databases revealed that E. AGUILAR was the sole occupant and driver of the Mercury Milan on October 24, 2017 when it entered the United States from Mexico. Record checks revealed that E. AGUILAR was arrested on June 13, 2011 by Customs and Border Protection (CBP) officers at the Morley Gate POE in Nogales, AZ as she was attempting to smuggle .52 kilograms of methamphetamine and .56 kilograms of heroin from Mexico into the United States. Records also revealed that E. AGUILAR was identified by CBP officials on June 1, 2013 as a possible scout for illegal drugs entering the United States from Mexico. Additionally, CBP seized a 2003 Nissan Sentra from E. AGUILAR on March 18, 2016 after officials located a non-factory compartment under the front seats of the vehicle. CBP officials placed an alert on the Mercury Milan on June 23, 2017 stating that the registered owner (E. AGUILAR) was believed to be involved in narcotics smuggling.

11.    Based on your affiant's training and experience and through conversations with other experienced law enforcement personnel, I know that individuals involved in drug smuggling often meet up in public places to include the parking lots of busy shopping centers in furtherance of their illicit activities. I also know that Drug Trafficking Organizations (DTO's) are compartmentalized in order to minimize their losses if someone in the organization was to be arrested. It is known that DTO's commonly instruct drivers of narcotics laden vehicles to drop off the load vehicles in parking lots of busy shopping centers. Another person will then take possession of the narcotics laden vehicle and drive the vehicle to the stash location where the narcotics are removed from the vehicle. After the narcotics are removed from the narcotics laden vehicle, the vehicle is dropped off back at the shopping center. This tactic is a frequently utilized counter surveillance technique that DTO's employ to make sure that narcotics laden vehicles are not being followed by law enforcement and to ensure the load driver does not know the location of the stash house in case the load driver is arrested by law enforcement.

12.    On October 30, 2017, SAs were notified that GARIBAY-Garcia and GARFIO-Robles entered the U.S. via the Nogales, AZ POE in the Target Vehicle. Record checks revealed that the Mercury Milan entered the U.S. from Mexico prior to the Target Vehicle.  SAs subsequently located the Mercury Milan in the parking lot of the same Walmart where it was observed on October 24, 2017 and noted that E. AGUILAR was sitting in the driver's seat.  SAs followed the Mercury Milan from Walmart to the Food City parking lot located at 428 W. Valencia Road in Tucson, AZ.  SAs observed the Target Vehicle arrive at the Food City parking lot shortly thereafter.  SAs then observed E. AGUILAR exit the Mercury Milan and walk towards the entrance of the store. GARIBAY-Garcia exited the Target Vehicle and entered the Mercury Milan; GARIBAY-Garcia then drove the Mercury Milan out of the parking lot.  SAs followed GARIBAY-Garcia in the Mercury Milan until it arrived at a residence a short distance from the Food City.  GARIBAY-Garcia was observed driving the Mercury Milan into the garage of the residence.  Approximately one (1) hour after GARIBAY-Garcia and the Mercury Milan were observed arriving at the residence, SAs observed a silver Volkswagen Jetta bearing AZ license plate BWE6643 (hereafter referred to as "Silver Jetta") arrive at the residence; the driver of the Silver Jetta remained in the vehicle.  A few moments after the Silver Jetta arrived, SAs observed GARIBAY-Garcia exit the garage and hand the driver of the Silver Jetta a white shopping bag.  The Silver Jetta then departed the residence.  The Mercury Milan departed the residence approximately one (1) minute after the Silver Jetta.  The Mercury Milan returned to the Food City parking lot and SAs observed GARIBAY-Garcia exit the vehicle and engage in a short conversation with E. AGUILAR.   GARIBAY-Garcia then entered the Target Vehicle and E. AGUILAR entered the Mercury Milan.  Both vehicles departed the parking lot and subsequently exited the U.S. through a Nogales, AZ POE.  The Target Vehicle spent approximately five and a half (5 ½) hours in the U.S. on this date.

13.    The Pima County Sherriff's Department (PCSO) Border Interdiction Unit (BIU) attempted to perform a traffic stop on the Silver Jetta for a traffic violation near the intersection of 29th Street and Mountain Avenue in Tucson, AZ.  The Silver Jetta failed to yield to the officer's emergency lights and sirens and led agents and officers on a pursuit that ended in the alleyway between 23rd and 24th Streets in Tucson, AZ.  Agents and officers subsequently located 3.63 kilograms of methamphetamine in a white shopping bag that the driver of the Silver Jetta attempted to throw out of the window during the pursuit.  During a post-Miranda interview of the driver of the Silver Jetta, he admitted that he was given the bag with the drugs by a male subject at the house where SAs observed GARIBAY-Garcia arrive with the Mercury Milan.

14.     On November 1, 2017, SAs learned that GARIBAY-Garcia and GARFIO-Robles entered the U.S. in the Target Vehicle through a Nogales, AZ POE.  SAs also learned that E. AGUILAR and the Mercury Milan had entered the U.S. earlier that morning.  The Mercury Milan was located in the Walmart parking lot on Valencia Road where it had been observed on October 24, 2017 and October 30, 2017.  SAs followed the Mercury Milan to the Walgreens Pharmacy located at 525 W. Valencia Road in Tucson, AZ.  A short while later SAs observed the Target Vehicle arrive at the Walgreens.  Both the Target Vehicle and Mercury Milan departed the Walgreens and travelled together to the Family Dollar located at 5713 S. Park Avenue in Tucson, AZ.  E. AGUILAR exited the Mercury Milan and GARIBAY-Garcia was observed entering the driver's seat of the Mercury Milan.  GARIBAY-Garcia drove the Mercury Milan to the residence he was observed at on October 30, 2017.  GARIBAY-Garcia again drove the Mercury Milan into the garage of the residence.  Approximately thirty (30) minutes after GARIBAY-Garcia arrived at the residence, SAs observed a white BMW bearing Ciudad Morelos, Mexico license plate PYL8831 (hereafter referred to as "White BMW") arrive at the residence.  Two male subjects exited the White BMW and walked towards the residence, one of whom was carrying a black backpack.  Approximately two (2) minutes after walking towards the residence the same two subjects were observed walking towards the White BMW; SAs observed that both individuals were carrying black backpacks as they returned to the White BMW.  The White BMW then departed the residence with SAs following.  Approximately two (2) minutes after the White BMW departed the residence the Mercury Milan departed the residence and returned to the Family Dollar.  GARIBAY-Garcia was observed exiting the Mercury Milan.  SAs observed GARIBAY-Garcia reenter the Target Vehicle and E. AGUILAR enter the Mercury Milan.  Both the Target Vehicle and the Mercury Milan then departed the Family Dollar; both vehicles subsequently exited the U.S. through a Nogales, AZ POE. The Target Vehicle spent approximately four (4) hours in the U.S. on this date.

15.     The occupants of the White BMW were subsequently identified as a juvenile, and Paul Ambrosio VASQUEZ, DOB: XX/XX/1996 (hereafter referred to as "VASQUEZ").  SAs followed the White BMW to a residence that was previously documented as being suspected of involvement in narcotics trafficking.  The juvenile and VASQUEZ exited the White BMW and both were observed carrying backpacks as they walked towards the residence.  SAs observed the juvenile and VASQUEZ return to the White BMW approximately six (6) minutes after arriving at the residence.  As they were walking towards the White BMW SAs noted that the juvenile's backpack appeared flimsy as if it was empty and VASQUEZ was no longer carrying a backpack.  The White BMW then departed the residence with agents and officers following.  The vehicle was stopped by troopers from the Arizona Department of Public Safety (AZDPS) for a traffic violation near W. Raintree Drive and N. Camino De La Tierra in Tucson, AZ.  AZDPS

troopers requested a narcotics detection canine to respond to the location of the traffic stop. The canine gave a positive alert to the odor of narcotics emanating from within the White BMW, however, a subsequent search of the vehicle yielded no narcotics. Law enforcement databases revealed that on February 11, 2012, VASQUEZ was encountered by CBP Officers as he attempted to cross from the United States into Mexico with a SKS Rifle in his pants. Additionally, VASQUEZ was arrested by the United States Border Patrol in Blythe, California on February 2, 2016 for Transporting an Illegal Alien.

16.     On November 6, 2017, SAs learned that GARIBAY-Garcia and GARFIO-Robles entered the U.S. in the Target Vehicle through a Nogales, AZ POE. SAs also learned that E. AGUILAR and the Mercury Milan had entered the U.S. earlier that morning. The Mercury Milan was located in the Walmart parking lot on Valencia Road where it had been observed on October 24, 2017, October 30, 2017 and November 1, 2017. SAs followed the Mercury Milan to the Food City parking lot located at 428 W. Valencia Road in Tucson, AZ. Approximately three (3) minutes after the Mercury Milan arrived at the Food City, SAs observed the Target Vehicle arrive in the same parking lot. E. AGUILAR exited the Mercury Milan and GARIBAY-Garcia was observed entering the driver's seat of the Mercury Milan. GARIBAY-Garcia drove the Mercury Milan to the residence he was observed at on October 30, 2017 and November 1, 2017. GARIBAY-Garcia again drove the Mercury Milan into the garage of the residence. Approximately thirty (30) minutes after GARIBAY-Garcia arrived at the residence, SAs observed a white Chevrolet Colorado pickup truck bearing Arizona license plate CK48958 (hereafter referred to as "White Colorado") arrive at the residence and park in the driveway. SAs observed GARIBAY-Garcia walk towards the White Colorado. The White Colorado then departed the residence with SAs following. Approximately seven (7) minutes after the White Colorado departed the residence, SAs observed the Mercury Milan depart. SAs did not follow the Mercury Milan which exited the U.S. through a Nogales, AZ POE approximately two (2) hours after it was observed departing the residence. Approximately forty-five (45) minutes after the Mercury Milan departed the residence, SAs returned and noted that the Target Vehicle was parked in front of the residence. Forty (40) minutes later SAs observed GARFIO-Robles drive away from the residence in the Target Vehicle. GARFIO-Robles drove the Target Vehicle to the Family Dollar located at 5713 S. Park Avenue in Tucson, AZ, which was approximately .3 miles from the residence; GARIBAY-Garcia remained at the residence. GARIBAY-Garcia subsequently walked to the Family Dollar where he was observed entering the Target Vehicle and driving away. The Target Vehicle subsequently exited the U.S. through a Nogales, AZ POE having spent approximately nine and one half (9 ½) hours in the U.S. on this date.

6

17.     The White Colorado was stopped by SAs and AZDPS Detectives at the intersection of Ajo Way and Palo Verde Road in Tucson, AZ.  Agents and Detectives subsequently located two (2) kilograms of methamphetamine, 22 grams of cocaine, 87 grams of marijuana as well as various other items of drug paraphernalia in the White Colorado.

18.     On December 13, 2017, SAs learned that GARIBAY-Garcia and GARFIO-Robles entered the U.S. in the Target Vehicle through a Nogales, AZ POE.  SAs followed the Target Vehicle to the Curacao parking lot located at 3390 S. 6th Avenue in Tucson, AZ.  The Target Vehicle parked near a white Ford Lobo bearing Sonora, Mexico license plate VD27279 (hereafter referred to as "Ford Lobo").  Approximately three (3) minutes after the Target Vehicle arrived in the Curacao parking lot, GARIBAY-Garcia was observed entering the driver's seat of the Ford Lobo and exiting the parking lot.  SAs attempted to follow the Ford Lobo, but were unsuccessful.  SAs noted that GARFIO-Robles remained in the Target Vehicle after GARIBAY-Garcia departed in the Ford Lobo.  Approximately thirty (30) minutes later, GARIBAY-Garcia returned to the Curacao parking lot in the Ford Lobo; he parked next to the Target Vehicle.  GARIBAY-Garcia was observed engaging in a brief conversation with GARFIO-Robles after which he entered the Curacao store.  GARIBAY-Garcia exited the Curacao store approximately five (5) minutes later and entered the driver's seat of the Target Vehicle; the Target Vehicle then departed the parking lot.  GARIBAY-Garcia, GARFIO-Robles and the Target Vehicle subsequently exited the U.S. via a Nogales, AZ POE having spent approximately ten (10) hours and forty-five (45) minutes in the U.S. on this occasion.

19.     Law enforcement databases revealed that the Ford Lobo entered the United States via a Nogales, AZ POE on December 13, 2017, within five (5) minutes of the Target Vehicle.  That same date, the Ford Lobo and the Target Vehicle exited the U.S. via a Nogales, AZ POE within twenty (20) minutes of each other.  Additionally, SAs learned that the Ford Lobo had entered the U.S. on eighty-four (84) occasions during the previous 18-months and that each time it entered the U.S. it was occupied by Jorge Magdiel AGUILAR-Hernandez, DOB: XX/XX/1978 (hereafter referred to as "AGUILAR-Hernandez") and Diana Berenice GARCIA-Velarde, DOB: XX/XX/1985 (hereafter referred to as "GARCIA-Velarde").  The Ford Lobo's border crossing history was compared to the border crossing history of GARIBAY-Garcia.  The comparison revealed that GARIBAY-Garcia entered the United States each time the Ford Lobo did except for two (2) occasions.  Each time GARIBAY-Garcia crossed into the United States in conjunction with the Ford Lobo he entered on foot via the pedestrian lane or via three (3) different vehicles one of which was the Target Vehicle.  The comparison further revealed that they crossed within 60 minutes of each other on sixty-one (61) occasions.

7

20.     On December 27, 2017, GARIBAY-Garcia, E. AGUILAR and the driver of the Silver Jetta, were indicted for violating Title 21, United States Code, Section 846 (Conspiracy to Possess with Intent to Distribute Methamphetamine), Title 21, United States Code, Section 841 (a)(1) and Section 841 (b)(1)(A)(viii) (Possession with intent to Distribute Methamphetamine) and Title 18, United States Code, Section 2 (Aiding and Abetting) stemming from the enforcement operation on October 30, 2017 that resulted in the seizure of 3.63 kilograms of methamphetamine.  An arrest warrant was subsequently issued for GARIBAY-Garcia.

21.     On January 10, 2018, SAs learned that GARIBAY-Garcia and GARFIO-Robles entered the U.S. through a Nogales, AZ POE in the Target Vehicle and that the Ford Lobo entered approximately three (3) minutes after the Target Vehicle.  SAs followed the Ford Lobo to the Walmart parking lot located at 1650 W. Valencia Rd. in Tucson, AZ and observed AGUILAR-Hernandez, GARCIA-Velarde and their two children enter the store.  Approximately twenty (20) minutes after the Ford Lobo arrived, SAs observed the Target Vehicle enter the parking lot and park one row away from the Ford Lobo.  GARIBAY-Garcia and GARFIO-Robles were observed entering the store.  Approximately ten (10) minutes after entering the store, GARIBAY-Garcia and GARFIO-Robles were observed exiting the store and reentering the Target Vehicle.  The Target Vehicle then departed the parking lot and travelled to the Target Spectrum located at 1225 W. Irvington Rd. in Tucson, AZ.  SAs subsequently observed an individual identified as Christian Iram OCHOA, DOB: XX/XX/1988 (hereafter referred to as "OCHOA") enter the driver's seat of the Ford Lobo and depart the Walmart parking lot. SAs followed the Ford Lobo to a residence located at 5412 S. Stockwell Rd. in Tucson, AZ.  SAs contacted OCHOA who gave consent to search the Ford Lobo and further stated that he believed that it contained cocaine hidden inside.  SAs subsequently discovered 12.1 kilograms of cocaine in a non-factory hidden compartment that was accessed through the passenger side front fender.  The Ford Lobo was transported to the HSI DSAC Tucson, AZ office for further processing.  While SAs were searching the Ford Lobo, GARIBAY-Garcia and GARFIO-Robles were taken into custody at the Target Spectrum.  GARIBAY-Garcia, GARFIO-Robles and the Target Vehicle were transported to the Immigration and Customs Enforcement (ICE) office in Tucson, AZ. AGUILAR-Hernandez and GARCIA-Velarde were also taken into custody; they were transported to the ICE office in Tucson, AZ.

22.     During a post-Miranda interview of GARIBAY-Garcia he admitted to taking possession of drug-laden vehicles and driving them to various locations in Tucson, AZ.  He also admitted to unloading the drugs from the vehicles.  GARIBAY-Garcia admitted that he made approximately two (2) trips a week for the last year and change to take possession of the drug-laden vehicles and that he was paid $500 for each trip.

GARIBAY-Garcia stated that he travelled to Tucson, AZ on this date to pick up the Ford Lobo but that he became concerned when he saw what he believed to be law enforcement following him.  GARIBAY-Garcia also identified an individual in Mexico with whom he coordinates to pick up drug-laden vehicles as a relative of his wife (GARFIO-Robles).

23.     During a post-Miranda interview with GARFIO-Robles she admitted that she knew her husband (GARIBAY-Garcia) was involved in transporting drugs and that she was aware of his illegal activity for several months.  GARFIO-Robles stated that she asked her husband to stop his illegal activities several times.

24.     According to documentation provided on March 1, 2018 by GARFIO-Robles, GARFIO-Robles purchased the Target Vehicle in September 2016.  Law enforcement databases revealed that the Target Vehicle entered the U.S. from Mexico on ninety-five (95) occasions from October 1, 2016 to January 10, 2018; GARFIO-Robles was present in the Target Vehicle when it entered the U.S. ninety-one (91) times during this time period.

25.     Based upon your Affiant's knowledge of the facts of this investigation contained herein, your Affiant's experience, as well as the experience of other investigators that your Affiant has conferred with regarding this investigation, it is submitted that probable cause exists to believe that the Target Vehicle was used or was intended for use to transport or facilitate the transportation, sale, receipt, possession, or concealment of methamphetamine and cocaine, in violation of Title 21, United States Code, Sections 841 and 846, and as such is forfeitable pursuant to Title 21, United States Code, Section 881(a)(4).  There are no known liens on the vehicle.

Further your Affiant sayeth not.

JOSEPH RAMOS
Special Agent, DHS-ICE
Homeland Security Investigations

Subscribed and sworn to before me on
this 1st day of August, 2018.

Notary Public

SYLVIA I ROMERO
Notary Public - Arizona
Pima County
My Comm. Expires Oct 3, 2019

9